1   WILLARD K. TOM
    General Counsel

2

3   Erika Wodinsky
    ewodinsky@ftc.gov
    Cal. Bar No. 091700

4   Federal Trade Commission
    901 Market St., Ste. 570

5   San Francisco, CA 94103
    Tel: (415) 848-5100

6   Fax: (415) 848-5184
    Attorneys for Plaintiff

7   Federal Trade Commission



FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY

8

9               **UNITED STATES DISTRICT COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**

10

11   FEDERAL TRADE COMMISSION,

12       Plaintiff,

13         v.

14   MAKE YOU FAMOUS CONSULTING, INC.
    dba A Penbrook Productions, Penbrook

15   Productions, and Process from Home,

16   and

17   MICHAEL ALLEN BROOKS,

18       Defendants.

19

CV 09-4579 PA (VBKx)

STIPULATED
PRELIMINARY
INJUNCTION

20

21       Plaintiff, the Federal Trade Commission ("Commission" or "FTC"), having

22   filed a Complaint for an injunction and other equitable relief pursuant to Sections

23   5(a) and 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C.

24   §§ 45(a) and 53(b), and having moved for a preliminary injunction, and the parties

25   having agreed to entry of this Stipulated Preliminary Injunction ("Preliminary

26   Injunction"), and the Court having considered the Complaint, declarations, and

27   other materials filed in this action, and now being fully advised in the premises,

28   finds that:

Stipulated Preliminary Injunction                    Page 1 of 14

**FINDINGS**

1.     This Court has jurisdiction over the subject matter of this case and jurisdiction over all parties, and venue in the Central District of California is proper.

2.     For purposes of this Stipulated Preliminary Injunction, the Complaint states a claim upon which relief may be granted under Sections 5(a) and 13(b) of the FTC Act, 15 U.S.C. §§ 45(a) and 53(b).

3.     The Commission and Defendants agree that this Preliminary Injunction is binding in form and scope pursuant to Federal Rule of Civil Procedure 65(d).

4.     This Preliminary Injunction is in the best interest of all parties to this action and is in the public interest.

5.     This Preliminary Injunction does not constitute, and shall not be interpreted to constitute, an admission by Defendants that they have engaged in violations of any law or regulation.  The stipulation and entry of this Preliminary Injunction is not to be construed or deemed a waiver of any claims or defenses that may be raised in this action.

6.     No security is required of any agency of the United States for issuance of a preliminary injunction.  Fed. R. Civ. P. 65(c).

**DEFINITIONS**

       For purposes of this Preliminary Injunction, the following definitions shall apply:

1.     "Individual Defendant" means Michael Allen Brooks, individually and in his capacity as an officer of Make You Famous Consulting, Inc.

2.     "Corporate Defendant" means Make You Famous Consulting, Inc. doing business as A Penbrook Productions, Penbrook Productions, and Process from Home, and its successors and assigns.

3.     "Defendants" means Defendants Brooks and Make You Famous Consulting, Inc., individually, collectively, or in any combination.

Stipulated Preliminary Injunction                                    Page 2 of 14

4.    "Assets" means any legal or equitable interest in, right to, claim to, or expectation to receive, any real or personal property, including, but not limited to, chattels, goods, instruments, equipment, fixtures, general intangibles, effects, leaseholds, premises, contracts, mail or other deliveries, shares of stock, lists of consumer names, inventory, checks, notes, accounts, credits, receivables, lines of credit, all cash, funds, and other things of value, wherever located.

5.    "Assisting others" includes, but is not limited to:

    a.    Performing customer service functions, including receiving or responding to customer complaints;

    b.    Drafting or supplying or arranging for the drafting of or supplying of a telephone sales script or other written marketing material;

    c.    Furnishing names of potential customers or helping collect their names;

    d.    Performing marketing services; or

    e.    Acting as an officer or director of, or a consultant to, a business entity.

6.    "Business Opportunity Rule" means the FTC Trade Regulation Rule titled "Disclosure Requirements and Prohibitions Concerning Business Opportunities," codified at 16 C.F.R. Part 437, or as it may be amended.

7.    "Business Venture" means any written or oral business arrangement, however denominated, that is covered by the Business Opportunity Rule or the Franchise Rule, or that consists of the payment of any consideration in exchange for:

    a.    The right or means to offer, sell, or distribute goods or services (regardless of whether identified by a trademark, service mark, trade name, advertising, or other commercial symbol); and

    b.    More than nominal assistance, or the promise of more than nominal assistance, to any person or entity (including, but not limited to,

1     referrals to any persons providing or promising location services), in

2     connection with or incident to: (1) the establishment, maintenance, or

3     operation of a new business, or (2) the entry by an existing business

4     into a new line or type of business.

5   8.    "Document" is synonymous in meaning and equal in scope to the usage of

6  the term in Federal Rule of Civil Procedure 34(a), and includes writings, drawings,

7  graphs, charts, photographs, audio and video recordings, computer records, and

8  other data compilations from which information can be obtained and translated, if

9  necessary, through detection devices into reasonably usable form. A draft or non-

10  identical copy is a separate document within the meaning of the term.

11  9.    "Financial institution" shall mean any bank, savings and loan institution,

12  credit union, financial institution, brokerage house, escrow agent, money market

13  or mutual fund, telephone or other common carrier, storage company, trustee or

14  any other person, partnership, corporation, or other legal entity maintaining or

15  having control of any records, accounts or other assets, owned directly or

16  indirectly, of record or beneficially, by either Defendant, including accounts or

17  other assets which either Defendant may control by virtue of being a signatory on

18  said accounts.

19  10.   "Franchise Rule" means the FTC Trade Regulation Rule titled "Disclosure

20  Requirements and Prohibitions Concerning Franchising," codified at 16 C.F.R.

21  Part 436, or as it may be amended.

22  11.   "Work-at-Home Opportunity" means a plan, program, product, or service

23  represented to enable participants or purchasers to earn money while working from

24  home.

25  12.   The terms "and" and "or" in this Preliminary Injunction shall be construed

26  conjunctively or disjunctively as necessary, to make the applicable sentence or

27  phrase inclusive rather than exclusive.

28

# I.

## PROHIBITED BUSINESS ACTIVITIES

**IT IS HEREBY ORDERED** that Defendants, whether acting directly or indirectly through any corporation, partnership, subsidiary, division, agent, or other device, and their officers, agents, servants, employees, and attorneys, and all other persons or entities in active concert or participation with any of them who receive actual notice of this Preliminary Injunction by personal service or otherwise, are hereby preliminarily restrained and enjoined:

    A.    In connection with the marketing, advertising, promotion, distribution, offer for sale, or sale of any Work-at-Home Opportunity or Business Venture:

        1.    From misrepresenting or assisting others in misrepresenting, expressly or by implication, any material fact including, but not limited to, misrepresentations:

            a.    That purchasers will be provided with training on how to process rebates offered by entities other than such purchasers; and

            b.    Relating to the earnings, income, profits, sales volume, or financial performance likely to be achieved in relation to such Work-at-Home Opportunity or Business Venture; and

        2.    From making any statement or representation relating to the earnings, income, profits, sales volume, or financial performance likely to be achieved in relation to such Work-at-Home Opportunity or Business Venture without:

            a.    Having a reasonable basis for any such representation at the time it is made; and

            b.    Producing materials which constitute a reasonable basis

1    for such representation to the Federal Trade Commission

2    upon request;

3    B.    In connection with the marketing, advertising, promotion,

4    distribution, offer for sale, or sale of any goods or services, including any Work-

5    at-Home Opportunity or Business Venture:

6        1.    From misrepresenting or knowingly assisting others in

7    misrepresenting, expressly or by implication, any material fact

8    including, but not limited to, misrepresentations relating to:

9        a.    The total cost to purchase, receive, or use, or the quantity

10   of, any goods or services that are subject to the sales

11   offer;

12       b.    Any material restrictions, limitations, or conditions to

13   purchase, receive, or use the goods or services;

14       c.    Any material aspect of the nature or terms of a refund,

15   cancellation, exchange, or repurchase policy for the

16   goods or services; and

17       d.    Any material aspect of the performance, efficacy, nature,

18   or central characteristics of the goods or services; and

19       2.    From failing to honor any request that complies with any

20   cancellation or refund policy.

21   ## II.

22   ## RESTRICTION ON DISSIPATION OF CERTAIN

23   ## SPECIFIED ASSETS

24   **IT IS FURTHER ORDERED** that:

25   A.    The Corporate Defendant, and its officers, directors, agents, servants,

26   employees, salespersons, distributors, corporations, subsidiaries, affiliates,

27   successors, assigns, and those persons or entities in active concert or participation

28   with them who receive actual notice of this Preliminary Injunction by personal

1   service, facsimile, or otherwise, are hereby preliminarily restrained and enjoined

2   from this date forward from selling, liquidating, assigning, transferring,

3   converting, loaning, further encumbering, pledging, concealing, dissipating,

4   spending, withdrawing, or otherwise disposing of any funds, real or personal

5   property, or other assets or any interest therein, of the Corporate Defendant,

6   wherever located, including any assets outside the territorial United States, except

7   for business expenses that are reasonable, actual, ordinary, and necessary, and

8   from transferring or in any manner or form moving outside the United States any

9   funds, personal property, or other assets or any interest therein of the Corporate

10  Defendant;

11      B.    Any business entity, including any partnership, limited partnership,

12  joint venture, sole proprietorship, or corporation over which the Individual

13  Defendant exercises any control, and any such entity's officers, directors, agents,

14  servants, employees, salespersons, distributors, corporations, subsidiaries,

15  affiliates, successors, assigns, and those persons or entities in active concert or

16  participation with them who receive actual notice of this Preliminary Injunction by

17  personal service, facsimile, or otherwise, are hereby preliminarily restrained and

18  enjoined from this date forward from selling, liquidating, assigning, transferring,

19  converting, loaning, further encumbering, pledging, concealing, dissipating,

20  spending, withdrawing, or otherwise disposing of any funds, real or personal

21  property, or other assets or any interest therein, of any such entity, wherever

22  located, including any assets outside the territorial United States, except for

23  business expenses that are reasonable, actual, ordinary, and necessary, and from

24  transferring or in any manner or form moving outside the United States any funds,

25  personal property, or other assets or any interest therein of any such entity;

26      C.    The Individual Defendant is hereby preliminarily restrained and

27  enjoined from this date forward from selling, liquidating, assigning, transferring,

28  converting, loaning, further encumbering, pledging, concealing, dissipating,

Stipulated Preliminary Injunction                              Page 7 of 14

1   spending, withdrawing, or otherwise disposing of any funds, real or personal

2   property, or other assets or any interest therein, including any assets outside the

3   territorial United States, which are held in his name, whether singly or jointly, or

4   for his benefit, except for reasonable living expenses, and from transferring or in

5   any manner or form moving outside the United States any funds, personal

6   property, or other assets or any interest therein which are held in his name,

7   whether singly or jointly, or for his benefit; and

8        D.    The Individual Defendant is hereby preliminarily restrained and

9   enjoined from this date forward from changing, selling, liquidating, assigning,

10  transferring, converting, loaning, further encumbering, pledging, concealing,

11  dissipating, spending, withdrawing, or otherwise disposing of any ownership

12  interest he holds in any business entity, including any partnership, limited

13  partnership, joint venture, sole proprietorship, or corporation, except that said

14  ownership interest may be diluted in the event of additional investment in the

15  respective entity.

16  **III.**

17  **ACCOUNTING PROVISIONS**

18  **IT IS FURTHER ORDERED** that:

19       A.    Within ten (10) business days after entry of this Preliminary

20  Injunction, Defendants shall prepare and provide to the Commission complete and

21  accurate individual and corporate financial statements, in the forms appended to

22  this Preliminary Injunction as Attachments 1 and 2, signed under penalty of

23  perjury, and copies of personal and corporate income tax returns (local, state, and

24  federal) for 2006, 2007, and 2008, when filed;

25       B.    The statements under Subparagraph A shall specifically include any

26  and all assets transferred or otherwise deposited by either Defendant in any foreign

27  or offshore account, whether or not in the name of either Defendant, and shall

28  identify any such account.

C.   Within ten (10) business days after entry of this Preliminary Injunction, Defendants shall further provide the Commission with a complete and accurate corporate financial statement in a form appended to this Preliminary Injunction as Attachment 2, signed under penalty of perjury, for any corporation owned or controlled by either Defendant and not named in the caption for this matter;

D.   The Corporate Defendant shall produce a monthly balance sheet to the Commission no later than ten (10) business days after the end of each month beginning in August, 2009.  The Corporate Defendant shall further create and maintain books, records, and accounts which, in reasonable detail, accurately, fairly, and completely reflect the incomes, assets, disbursements, transactions, and use of monies by the Corporate Defendant or any other entity directly or indirectly under the control of the Corporate Defendant; and

E.   Any business entity, including any partnership, limited partnership, joint venture, sole proprietorship, or corporation over which the Individual Defendant exercises control shall produce a monthly balance sheet to the Commission no later than ten (10) business days after the end of each month beginning in August, 2009.  Any such entity shall further create and maintain books, records, and accounts which, in reasonable detail, accurately, fairly, and completely reflect the incomes, assets, disbursements, transactions, and use of monies by such entity or any other entity directly or indirectly under the control of such entity.

## IV.

## PRESERVATION OF RECORDS AND OTHER EVIDENCE

**IT IS FURTHER ORDERED** that Defendants, and their officers, directors, agents, servants, employees, salespersons, distributors, corporations, subsidiaries, affiliates, successors, assigns, and those persons or entities in active concert or participation with them who receive actual notice of this Preliminary

1    Injunction by personal service, facsimile, or otherwise, are hereby enjoined from:

2         A.    Destroying, erasing, mutilating, concealing, altering, transferring or

3    otherwise disposing of, in any manner, directly or indirectly, any contracts,

4    agreements, accounting data, customer files, customer lists, customer addresses

5    and telephone numbers, correspondence, advertisements, brochures, sales material,

6    training material, sales presentations, scripts, documents evidencing or referring to

7    Defendants' products or services, data, computer tapes, disks, or other

8    computerized records, books, written or printed records, handwritten notes,

9    telephone logs, "verification" or "compliance" tapes or other audio or video tape

10   recordings, receipt books, invoices, postal receipts, ledgers, personal and business

11   canceled checks and check registers, bank statements, appointment books, copies

12   of federal, state or local business or personal income tax returns, and other

13   documents or records of any kind, including electronically-stored materials, that

14   relate to the business practices or business or personal finances of either Defendant

15   or other entity directly or indirectly under the control of either Defendant; and

16        B.    Failing to create and maintain books, records, and accounts which, in

17   reasonable detail, accurately, fairly, and completely reflect the income, assets,

18   disbursements, transactions, and use of monies by either Defendant or other entity

19   directly or indirectly under the control of either Defendant.

20                                          **V.**

21        **PROHIBITION ON DISCLOSURE OF CUSTOMER INFORMATION**

22        **IT IS FURTHER ORDERED** that Defendants, and their officers, agents,

23   servants, employees, and attorneys, and all other persons or entities in active

24   concert or participation with any of them who receive actual notice of this

25   Preliminary Injunction by personal service or otherwise, are preliminarily

26   restrained and enjoined from disclosing, using, or benefitting from customer

27   information, including the name, address, telephone number, email address, social

28   security number, other identifying information, or any data that enables access to a

1   customer's account (including a credit card, bank account, or other financial

2   account), of any person which either Defendant obtained prior to entry of this

3   Preliminary Injunction in connection with any Work-at-Home Opportunity or

4   Business Venture described as involving rebate processing. **Provided, however,**

5   that customer information may be disclosed to the extent requested by a

6   government agency or required by a law, regulation, or court order.

7                                                    **VI.**

8                        **NOTIFICATION OF BUSINESS ACTIVITIES**

9           **IT IS FURTHER ORDERED** that:

10          A.      The Individual Defendant is hereby restrained and enjoined from

11   creating, operating, or exercising any control over any business entity, including

12   any partnership, limited partnership, joint venture, sole proprietorship, or

13   corporation after the date of this Preliminary Injunction, without first providing

14   counsel for the Commission with a written statement disclosing the following:

15   (1) the name of the business entity; (2) the address and telephone number of the

16   business entity; (3) the names of the business entity's officers, directors,

17   principals, managers, and employees; (4) a detailed description of the business

18   entity's existing or intended activities; and (5) a detailed description of Defendant

19   Brooks's duties and responsibilities in connection with that business or

20   employment;

21          B.      The Individual Defendant shall notify the Commission once every

22   two (2) weeks concerning any new business entity (each, a "New Client") which

23   becomes a client of, or otherwise pays for services or products provided by, any

24   entity over which either Defendant exercises control (each, a "Controlled Entity").

25   Such notice shall include:  (1) the name of the New Client; (2) the address and

26   telephone number of the New Client; (3) the names of the New Client's officers,

27   directors, principals, and managers, to the extent such information is obtained by

28   the Controlled Entity in the ordinary course of business; (4) a description of the

Stipulated Preliminary Injunction                                    Page 11 of 14

1    existing or intended activities of the Client, to the full extent obtained by the

2    Controlled Entity; and (5) a detailed description of the services provided by the

3    Individual Defendant to the New Client. The Commission shall contact any such

4    New Client only with good cause and after at least seventy-two (72) hours notice

5    to counsel for the Individual Defendant; and

6        C.    The Individual Defendant shall notify the Commission at least seven

7    (7) business days prior to any affiliation with any new or previously inactive

8    business or employment. Each notice shall include: (1) the name of the business

9    entity; (2) the address and telephone number of the business entity; (3) the names

10   of the business entity's officers, directors, principals, and managers; (4) a detailed

11   description of the business entity's existing or intended activities; and (5) a

12   detailed description of the Individual Defendant's intended duties and

13   responsibilities in connection with that business or employment.

14                                        **VII.**

15                            **CONSUMER REPORTS**

16       **IT IS FURTHER ORDERED** that the Commission may obtain consumer

17   reports concerning either Defendant pursuant to Section 604(a)(1) of the Fair

18   Credit Reporting Act, 15 U.S.C. § 1681b(a)(1), and that, upon written request, any

19   consumer credit reporting agency from which such reports are requested shall

20   provide them to the Commission.

21                                        **VIII.**

22                  **DISTRIBUTION OF ORDER BY DEFENDANTS**

23       **IT IS FURTHER ORDERED** that each Defendant shall:

24       A.    Immediately provide a copy of this Preliminary Injunction to each

25   current affiliate, subsidiary, division, sales entity, successor, assign, officer,

26   director, employee, independent contractor, distributor, agent, attorney, and

27   representative of the Defendants, and to each ad broker, advertising agency,

28   fulfillment house, and call center with which Defendants have done business since

1  January 1, 2008; and

2      B.    Within ten (10) business days following entry of this Preliminary

3  Injunction, provide the Commission with an affidavit identifying the names, titles,

4  addresses, and telephone numbers of the persons and entities that such Defendant

5  has served with a copy of this Preliminary Injunction in compliance with

6  Subparagraph A above.

7  **IX.**

8  **SERVICE OF THIS ORDER BY THE COMMISSION**

9      **IT IS FURTHER ORDERED** that copies of this Preliminary Injunction

10  may be served by facsimile transmission, personal or overnight delivery, or U.S.

11  Mail, by employees of the Commission, employees of any other law enforcement

12  agency, or agents of any process servers retained by the Commission on any

13  person or entity that may be subject to any provision of this Preliminary

14  Injunction.

15  **X.**

16  **SERVICE UPON THE COMMISSION**

17      **IT IS FURTHER ORDERED** that, with regard to any correspondence,

18  pleadings, or notifications related to this Preliminary Injunction, except as

19  specified above, service on the Commission shall be provided to:

20                  ERIKA WODINSKY

                Federal Trade Commission

21                  901 Market Street, Suite 570

                San Francisco, CA 94103

22                  Phone (415) 848-5100/Fax (415) 848-5184

                email: ewodinsky@ftc.gov

23

24  //

25  //

26  //

27  //

28  //

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## XI.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for all purposes.

Dated: July 20, 2009

_Erika Wodinsky_
Erika Wodinsky
Attorney for Plaintiff
Federal Trade Commission

Dated: July 17, 2009

_Keith Rosenbaum_
Keith Rosenbaum
A Member of Spectrum Law Group LLP
Attorneys for Defendants
Make You Famous Consulting, Inc. and
Michael Allen Brooks

**IT IS SO ORDERED**

Dated: _August 11, 2009_

_Percy Anderson_
The Hon. Percy Anderson
United States District Judge

# FEDERAL TRADE COMMISSION

## FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT

**Instructions**:

1. Complete all items. Enter "None" or "N/A" ("Not Applicable") where appropriate. If you cannot fully answer a question, explain why.

2. "Dependents" include your live-in companion, dependent children, or any other person, whom you or your spouse (or your children's other parent) claimed or could have claimed as a dependent for tax purposes at any time during the past five years.

3. "Assets" and "Liabilities" include <u>ALL</u> assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.

4. Attach continuation pages as needed. On the financial statement, state next to the Item number that the Item is being continued. On the continuation page(s), identify the Item number(s) being continued.

5. Type or print legibly.

6. Initial each page in the space provided in the lower right corner.

7. Sign and date the completed financial statement on the last page.

**Penalty for False Information**:

Federal law provides that any person may be imprisoned for not more than five years, fined, or both, if such person:

(1) "in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes any materially false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry" (18 U.S.C. § 1001);

(2) "in any . . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true" (18 U.S.C. § 1621); or

(3) "in any (. . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information . . . knowing the same to contain any false material declaration." (18 U.S.C. § 1623).

For a felony conviction under the provisions cited above, federal law provides that the fine may be not more than the greater of (i) $250,000 for an individual or $500,000 for a corporation, or (ii) if the felony results in pecuniary gain to any person or pecuniary loss to any person other than the defendant, the greater of twice the gross gain or twice the gross loss. 18 U.S.C. § 3571.

**Attachment 1**

## BACKGROUND INFORMATION

__Item 1.__        __Information About You__

Your Full Name _____ Social Security No. _____

Place of Birth _____ Date of Birth _____ Drivers License No. _____

Current Address _____ From (Date) _____

Rent or Own? _____ Telephone No. _____ Facsimile No. _____

E-Mail Address _____ Internet Home Page _____

Previous Addresses for past five years:

Address_____ Rent or Own?_____ From/Until_____

Address_____ Rent or Own?_____ From/Until_____

Identify any other name(s) and/or social security number(s) you have used, and the time period(s) during which they

were used_____

__Item 2.__        __Information About Your Spouse or Live-In Companion__

Spouse/Companion's Name _____ Social Security No. _____

Place of Birth _____ Date of Birth _____

Identify any other name(s) and/or social security number(s) your spouse/companion has used, and the time period(s)

during which they were used _____

Address (if different from yours) _____

From (Date) _____ Rent or Own?_____ Telephone No._____

Employer's Name and Address _____

Job Title _____ Years in Present Job _____ Annual Gross Salary/Wages $_____

__Item 3.__        __Information About Your Previous Spouse__

Previous Spouse's Name & Address _____

_____ Social Security No. _____ Date of Birth _____

Initials _____

<u>Item 4.</u>        **Contact Information**

Name & Address of Nearest Living Relative or Friend _____

_____ Telephone No. _____

<u>Item 5.</u>        **Information About Dependents Who Live With You**

►Name _____ Date of Birth _____

Relationship _____ Social Security No. _____

►Name _____ Date of Birth _____

Relationship _____ Social Security No. _____

►Name _____ Date of Birth _____

Relationship _____ Social Security No. _____

<u>Item 6.</u>        **Information About Dependents Who Do Not Live With You**

►Name & Address _____

Date of Birth _____ Relationship _____ Social Security No._____

►Name Address _____

Date of Birth _____ Relationship _____ Social Security No._____

►Name & Address _____

Date of Birth _____ Relationship _____ Social Security No._____

<u>Item 7.</u>        **Employment Information**

Provide the following information for this year-to-date and for each of the previous five full years, for each company of which you were a director, officer, employee, agent, contractor, participant or consultant at any time during that period. "Income" includes, but is not limited to, any salary, commissions, draws, consulting fees, loans, loan payments, dividends, royalties or other benefits for which you did not pay (*e.g.,* health insurance premiums, automobile lease or loan payments) received by you or anyone else on your behalf.

►Company Name & Address _____

Dates Employed:  From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

_____

Initials _____

Item 7. continued

Income Received: This year-to-date: $_____          _____ : $_____

                 20_____ : $_____          _____ : $_____

                 _____ : $_____          _____ : $_____

‣Company Name & Address _____

Dates Employed: From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

_____

Income Received: This year-to-date: $_____          _____ : $_____

                 20_____ : $_____          _____ : $_____

                 _____ : $_____          _____ : $_____

‣Company Name & Address _____

Dates Employed: From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

_____

Income Received: This year-to-date: $_____          _____ : $_____

                 20_____ : $_____          _____ : $_____

                 _____ : $_____          _____ : $_____

## Item 8.          Pending Lawsuits Filed by You or Your Spouse

List all pending lawsuits that have been filed by you or your spouse in court or before an administrative agency. (List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

Initials _____

<u>Item 9.</u>      **Pending Lawsuits Filed Against You or Your Spouse**

List all pending lawsuits that have been filed against you or your spouse in court or before an administrative agency.  (List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

<u>Item 10.</u>      **Safe Deposit Boxes**

List all safe deposit boxes, located within the United States or elsewhere, held by you, your spouse, or any of your dependents, or held by others for the benefit of you, your spouse, or any of your dependents.  *On a separate page, describe the contents of each box.*

Owner's Name                    Name & Address of Depository Institution                    Box No.

_____   _____   _____

_____   _____   _____

_____   _____   _____

<u>Item 11.</u>      **Business Interests**

List all businesses for which you, your spouse, or your dependents are an officer or director.

▸Business' Name & Address _____

Business Format (*e.g.*, corporation) _____ Description of Business _____

_____ Position(s) Held, and By Whom _____

▸Business' Name & Address _____

Business Format (*e.g.*, corporation) _____ Description of Business _____

_____ Position(s) Held, and By Whom _____

▸Business' Name & Address _____

Business Format (*e.g.*, corporation) _____ Description of Business _____

_____ Position(s) Held, and By Whom _____

Initials _____

## FINANCIAL INFORMATION:  ASSETS AND LIABILITIES

**REMINDER:**  "Assets" and "Liabilities" include <u>ALL</u> assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.

<u>Item 12.</u>　　　　　　**Cash, Bank, and Money Market Accounts**

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.  The term "cash" includes currency and uncashed checks.

Cash on Hand  $_____        Cash Held For Your Benefit  $_____

| Name on Account | Name & Address of  Financial Institution | Account No. | Current Balance |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

<u>Item 13.</u>　　　　　　**U.S. Government Securities**

List all U.S. Government securities, including but not limited to, savings bonds, treasury bills, and treasury notes, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| Name on Account | Type of Obligation | Security Amount | Maturity Date |
|---|---|---|---|
| _____ | _____ | $_____ | _____ |
| _____ | _____ | $_____ | _____ |
| _____ | _____ | $_____ | _____ |

<u>Item 14.</u>　　　　**Publicly Traded Securities and Loans Secured by Them**

List all publicly traded securities, including but not limited to, stocks, stock options, registered and bearer bonds, state and municipal bonds, and mutual funds, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Issuer _____  Type of Security _____  No. of Units Owned _____

Name on Security _____ Current Fair Market Value $_____ Loan(s) Against Security $_____

Broker House, Address _____ Broker Account No. _____

▸Issuer _____ Type of Security _____ No. of Units Owned _____

Name on Security _____ Current Fair Market Value $_____ Loan(s) Against Security $_____

Broker House, Address _____ Broker Account No. _____

<u>Item 15.</u>　　　**Other Business Interests**

List all other business interests, including but not limited to, non-public corporations, subchapter-S corporations, limited liability corporations ("LLCs"), general or limited partnership interests, joint ventures, sole proprietorships, and oil and mineral leases, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Business Format _____ Business' Name & Address _____

_____ Ownership % _____

Owner (e.g., self, spouse) _____ Current Fair Market Value $_____

▸Business Format _____ Business' Name & Address _____

_____ Ownership % _____

Owner (e.g., self, spouse) _____ Current Fair Market Value $_____

<u>Item 16.</u>　　　**Monetary Judgments or Settlements Owed to You, Your Spouse, or Your Dependents**

List all monetary judgments or settlements owed to you, your spouse, or your dependents.

▸Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

▸Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

<u>Item 17.</u>　　　**Other Amounts Owed to You, Your Spouse, or Your Dependents**

List all other amounts owed to you, your spouse, or your dependents.

Debtor's Name, Address, & Telephone No. _____

Original Amount Owed $_____ Current Amount Owed $_____ Monthly Payment $_____

　　　　　　　　　　　　　　　　　　Initials _____

<u>Item 18.</u>        Life Insurance Policies

List all life insurance policies held by you, your spouse, or your dependents.

‣Insurance Company's Name, Address, & Telephone No. _____

_____

Insured _____ Beneficiary _____ Face Value $_____

Policy No. _____ Loans Against Policy $_____ Surrender Value $_____

‣Insurance Company's Name, Address, & Telephone No. _____

_____

Insured _____ Beneficiary _____ Face Value $_____

Policy No. _____ Loans Against Policy $_____ Surrender Value $_____

<u>Item 19.</u>        Deferred Income Arrangements

List all deferred income arrangements, including but not limited to, deferred annuities, pensions plans, profit-sharing plans, 401(k) plans, IRAs, Keoghs, and other retirement accounts, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

‣Name on Account _____ Type of Plan _____ Date Established _____

Trustee or Administrator's Name, Address & Telephone No. _____

_____

Account No. _____ Surrender Value $_____

‣Name on Account _____ Type of Plan _____ Date Established _____

Trustee or Administrator's Name, Address & Telephone No. _____

_____

Account No. _____ Surrender Value $_____

<u>Item 20.</u>        Personal Property

List all personal property, by category, whether held for personal use or for investment, including but not limited to, furniture and household goods of value, computer equipment, electronics, coins, stamps, artwork, gemstones, jewelry, bullion, other collectibles, copyrights, patents, and other intellectual property, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Initials _____

| Property Category (e.g., artwork, jewelry) | Name of Owner | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|---|
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

**Item 21.**   **Cars, Trucks, Motorcycles, Boats, Airplanes, and Other Vehicles**

List all cars, trucks, motorcycles, boats, airplanes, and other vehicles owned or operated by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Vehicle Type _____ Make _____ Model _____ Year _____

Registered Owner's Name _____ Registration State & No. _____

Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No. _____

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

▸Vehicle Type _____ Make _____ Model _____ Year _____

Registered Owner's Name _____ Registration State & No. _____

Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No. _____

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

▸Vehicle Type _____ Make _____ Model _____ Year _____

Registered Owner's Name _____ Registration State & No. _____

Address of Vehicle's Location _____

Initials _____

<u>Item 21. Continued</u>

Purchase Price $_____ Current Value $_____ Account/Loan No. _____

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

<u>Item 22.</u>     **Real Property**

List all real estate held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____ Purchase Price $_____ Current Value $_____

Basis of Valuation_____ Loan or Account No._____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

▸Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____ Purchase Price $_____ Current Value $_____

Basis of Valuation_____ Loan or Account No._____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

<u>Item 23.</u>     **Credit Cards**

List each credit card held by you, your spouse, or your dependents. Also list any other credit cards that you, your spouse, or your dependents use.

Initials _____

| Name of Credit Card (e.g., Visa, MasterCard, Department Store) | Account No. | Name(s) on Account | Current Balance | Minimum Monthly Payment |
|---|---|---|---|---|
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

### Item 24.    Taxes Payable

List all taxes, such as income taxes or real estate taxes, owed by you, your spouse, or your dependants.

| Type of Tax | Amount Owed | Year Incurred |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |

### Item 25.    Judgments or Settlements Owed

List all judgments or settlements owed by you, your spouse, or your dependents.

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit_____ Date _____ Amount $ _____

### Item 26.    Other Loans and Liabilities

List all other loans or liabilities in your, your spouse's, or your dependents' names.

▸Name & Address of Lender/Creditor _____

Nature of Liability_____ Name(s) on Liability_____

Date of Liability_____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____

Initials _____

▸Name & Address of Lender/Creditor _____

Nature of Liability _____ Name(s) on Liability _____

Date of Liability _____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____


## OTHER FINANCIAL INFORMATION


__Item 27.__        **Tax Returns**

List all federal tax returns that were filed during the last three years by or on behalf of you, your spouse, or your
dependents. *Provide a copy of each signed tax return that was filed during the last three years.*

| Tax Year | Name(s) on Return | Refund Expected |
|----------|-------------------|-----------------|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |


__Item 28.__        **Applications for Credit**

List all applications for bank loans or other extensions of credit that you, your spouse, or your dependents have submitted
within the last two years. *Provide a copy of each application, including all attachments.*

| Name(s) on Application | Name & Address of Lender |
|------------------------|--------------------------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Initials _____

Item 29.        Trusts and Escrows

List all funds or other assets that are being held in trust or escrow by any person or entity for you, your spouse, or your dependents. Also list all funds or other assets that are being held in trust or escrow by you, your spouse, or your dependents, for any person or entity. *Provide copies of all executed trust documents.*

| Trustee or Escrow Agent's Name & Address | Date Established | Grantor | Beneficiaries | Present Market Value of Assets |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

Item 30.        Transfers of Assets

List each person to whom you have transferred, in the aggregate, more than $2,500 in funds or other assets during the previous three years by loan, gift, sale, or other transfer. For each such person, state the total amount transferred during that period.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value | Transfer Date | Type of Transfer (*e.g.*, Loan, Gift) |
|---|---|---|---|---|
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |

Page 13

Initials _____

## SUMMARY FINANCIAL SCHEDULES

<u>Item 31.</u>       Combined Balance Sheet for You, Your Spouse, and Your Dependents

| <u>ASSETS</u> | | <u>LIABILITIES</u> | |
|---|---|---|---|
| Cash on Hand (Item 12) | $ _____ | Credit Cards (Item 23) | $ _____ |
| Cash in Financial Institutions (Item 12) | $ _____ | Motor Vehicles - Liens (Item 21) | $ _____ |
| U.S. Government Securities (Item 13) | $ _____ | Real Property - Encumbrances (Item 22) | $ _____ |
| Publicly Traded Securities (Item 14) | $ _____ | Loans Against Publicly Traded Securities (Item 14) | $ _____ |
| Other Business Interests (Item 15) | $ _____ | Taxes Payable (Item 24) | $ _____ |
| Judgments or Settlements Owed to You  (Item 16) | $ _____ | Judgments or Settlements Owed (Item 25) | $ _____ |
| Other Amounts Owed to You (Item 17) | $ _____ | Other Loans and Liabilities (Item 26) | $ _____ |
| Surrender Value of Life Insurance (Item 18) | $ _____ | | |
| Deferred Income Arrangements (Item 19) | $ _____ | <u>Other Liabilities</u> (Itemize) | |
| Personal Property (Item 20) | $ _____ | _____ | $ _____ |
| Motor Vehicles (Item 21) | $ _____ | _____ | $ _____ |
| Real Property (Item 22) | $ _____ | _____ | $ _____ |
| | | _____ | $ _____ |
| <u>Other Assets</u> (Itemize) | | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| Total Assets | $ _____ | Total Liabilities | $ _____ |

Initials _____

Item 32.   Combined Average Monthly Income and Expenses for You, Your Spouse, and Your Dependents for the Last 6 Months

Provide the average monthly income and expenses for you, your spouse, and your dependents for the last 6 months. Do not include credit card payments separately; rather, include credit card expenditures in the appropriate categories.

| INCOME | | EXPENSES | |
|---|---|---|---|
| Salary - After Taxes | $ | Mortgage Payments for Residence(s) | $ |
| Fees, Commissions, and Royalties | $ | Property Taxes for Residence(s) | $ |
| Interest | $ | Rental Property Expenses, Including Mortgage Payments, Taxes, and Insurance | $ |
| Dividends and Capital Gains | $ | Car or Other Vehicle Lease or Loan Payments | $ |
| Gross Rental Income | $ | Food Expenses | $ |
| Profits from Sole Proprietorships | $ | Clothing Expenses | $ |
| Distributions from Partnerships, S-Corporations, and LLCs | $ | Utilities | $ |
| Distributions from Trusts and Estates | $ | Medical Expenses, Including Insurance | $ |
| Distributions from Deferred Income Arrangements | $ | Other Insurance Premiums | $ |
| Social Security Payments | $ | Other Transportation Expenses | $ |
| Alimony/Child Support Received | $ | Other Household Expenses | $ |
| Gambling Income | $ | Other Expenses (Itemize) | |
| Other Income (Itemize) | | | $ |
| _____ | $ | _____ | $ |
| _____ | $ | _____ | $ |
| _____ | $ | _____ | $ |
| Total Income | $ | Total Expenses | $ |

Initials _____

<u>Item 33.</u>          Dealings with Foreign Institutions

1.      In the past X years, have you ever, directly or indirectly, directed or requested that a foreign bank, corporation, financial institution, brokerage house, trustee, or other entity holding assets make any payment or transfer any asset or other thing of value to yourself or any other person or entity?

      _____          _____
      Yes                    No

2.      If the answer to the previous question is yes, identify the bank, corporation, financial institution, brokerage house, trustee, or other entity, the account or trust from which the payment or transfer was to be made, the amount of all payments or transfers with a value in excess of $200, and all actual and beneficial recipients of the payments or transfers.

_____

_____

_____

_____

_____

_____

_____

3.      In the past X years, have you ever used a credit, debit, or ATM card that was issued by a foreign bank, financial institution, brokerage house, or other entity, or that used funds held by or in a foreign bank, trust, or other entity?

      _____          _____
      Yes                    No

4.      If the answer to the previous question is yes, provide a copy of the credit or debit card and identify the card issuer, account number, the account or trust from which the card is funded, and the amount of and identifying information for all charges or debits in excess of $200.

_____

_____

_____

_____

_____

_____

_____

5.   In the past X years, have you ever, directly or indirectly, sent, transferred, or caused to be sent or transferred, any moneys from the United States to any foreign trust or asset holding entity, other than for the immediate purchase of goods that were then sent back to the United States?

————————          ————————
Yes                          No

6.   If the answer to the previous question is yes, identify the trust or asset holding entity, including the name, address, type of entity, the amount of all payments or transfers with a value in excess of $200, and the source of the funds sent or transferred.

————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————

7.   In the past X years, have you ever, directly or indirectly, established or caused to be established any foreign corporation, partnership, trust, or asset holding entity however described?

————————          ————————
Yes                          No

8.   If the answer to the previous question is yes, identify the corporation, partnership, trust, or asset holding entity, including its name, address, date created, and type of entity, and describe your involvement in the establishment of the entity and your current relationship to the entity.

————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————
————————————————————————————————————————————

Initials ——————————

## ATTACHMENTS

<u>Item 34.</u>        **Documents Attached to this Financial Statement**

List all documents that are being submitted with this financial statement.

<u>Item No. Document</u><br>
  <u>Relates To</u>                                    <u>Description of Document</u>

_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____

I am submitting the information above with the understanding that it may affect action by the Federal Trade Commission or a federal court. The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge. I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines). I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:

_____        _____
(Date)                                                          Signature

Initials _____

# FEDERAL TRADE COMMISSION

## FINANCIAL STATEMENT OF CORPORATE DEFENDANT

**Instructions**:

1. Complete all items. Enter "None" or "N/A" ("Not Applicable") where appropriate. If you cannot fully answer a question, explain why.

2. In completing this financial statement, "the corporation" refers not only to this corporation but also to each of its predecessors that are not named defendants in this action.

3. When an Item asks for information about assets or liabilities "held by the corporation," include <u>ALL</u> such assets and liabilities, located within the United States or elsewhere, held by the corporation or held by others for the benefit of the corporation.

4. Attach continuation pages as needed. On the financial statement, state next to the Item number that the Item is being continued. On the continuation page(s), identify the Item number being continued.

5. Type or print legibly.

6. An officer of the corporation must sign and date the completed financial statement on the last page and initial each page in the space provided in the lower right corner.

**Penalty for False Information**:

Federal law provides that any person may be imprisoned for not more than five years, fined, or both, if such person:

(1) "in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes any materially false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry" (18 U.S.C. § 1001);

(2) "in any . . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true" (18 U.S.C. § 1621); or

(3) "in any (. . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information . . . knowing the same to contain any false material declaration." (18 U.S.C. § 1623)

For a felony conviction under the provisions cited above, federal law provides that the fine may be not more than the greater of (i) $250,000 for an individual or $500,000 for a corporation, or (ii) if the felony results in pecuniary gain to any person or pecuniary loss to any person other than the defendant, the greater of twice the gross gain or twice the gross loss. 18 U.S.C. § 3571.

Attachment 2

## BACKGROUND INFORMATION

<u>Item 1.</u>        General Information

Corporation's Full Name _____

Primary Business Address _____ From (Date) _____

Telephone No. _____ Fax No. _____

E-Mail Address_____ Internet Home Page_____

All other current addresses & previous addresses for past five years, including post office boxes and mail drops:

Address_____ From/Until_____

Address_____ From/Until_____

Address_____ From/Until_____

All predecessor companies for past five years:

Name & Address _____ From/Until _____

Name & Address _____ From/Until _____

Name & Address _____ From/Until _____

<u>Item 2.</u>        Legal Information

Federal Taxpayer ID No. _____ State & Date of Incorporation _____

State Tax ID No. _____ State _____ Profit or Not For Profit _____

Corporation's Present Status: Active _____ Inactive _____ Dissolved _____

If Dissolved: Date dissolved _____ By Whom _____

Reasons _____

Fiscal Year-End (Mo./Day) _____ Corporation's Business Activities _____

<u>Item 3.</u>        Registered Agent

Name of Registered Agent _____

Address _____ Telephone No. _____

Initials _____

Item 4.        **Principal Stockholders**

List all persons and entities that own at least 5% of the corporation's stock.

Name & Address                                              % Owned

_____     _____

_____     _____

_____     _____

_____     _____

Item 5.        **Board Members**

List all members of the corporation's Board of Directors.

Name & Address                              % Owned     Term (From/Until)

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

Item 6.        **Officers**

List all of the corporation's officers, including *de facto* officers (individuals with significant management responsibility whose titles do not reflect the nature of their positions).

Name & Address                                              % Owned

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

Page 3                                              Initials _____

Item 7.        Businesses Related to the Corporation

List all corporations, partnerships, and other business entities in which this corporation has an ownership interest.

| Name & Address | Business Activities | % Owned |
|---|---|---|
| | | |
| | | |
| | | |

State which of these businesses, if any, has ever transacted business with the corporation _____

Item 8.        Businesses Related to Individuals

List all corporations, partnerships, and other business entities in which the corporation's principal stockholders, board members, or officers (i.e., the individuals listed in Items 4 - 6 above) have an ownership interest.

| Individual's Name | Business Name & Address | Business Activities | % Owned |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

State which of these businesses, if any, have ever transacted business with the corporation _____

Item 9.        Related Individuals

List all related individuals with whom the corporation has had any business transactions during the three previous fiscal years and current fiscal year-to-date. A "related individual" is a spouse, sibling, parent, or child of the principal stockholders, board members, and officers (i.e., the individuals listed in Items 4 - 6 above).

| Name and Address | Relationship | Business Activities |
|---|---|---|
| | | |
| | | |
| | | |

Page 4                                                   Initials _____

**Item 10.**      Outside Accountants

List all outside accountants retained by the corporation during the last three years.

| Name | Firm Name | Address | CPA/PA? |
|------|-----------|---------|---------|
|      |           |         |         |
|      |           |         |         |
|      |           |         |         |
|      |           |         |         |
|      |           |         |         |

**Item 11.**      Corporation's Recordkeeping

List all individuals within the corporation with responsibility for keeping the corporation's financial books and records for the last three years.

| Name, Address, & Telephone Number | Position(s) Held |
|-----------------------------------|------------------|
|                                   |                  |
|                                   |                  |
|                                   |                  |
|                                   |                  |

**Item 12.**      Attorneys

List all attorneys retained by the corporation during the last three years.

| Name | Firm Name | Address |
|------|-----------|---------|
|      |           |         |
|      |           |         |
|      |           |         |
|      |           |         |
|      |           |         |

Page 5

Initials _____

**Item 13.**     **Pending Lawsuits Filed by the Corporation**

List all pending lawsuits that have been filed by the corporation in court or before an administrative agency.  (List lawsuits that resulted in final judgments or settlements in favor of the corporation in Item 25).

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status _____

Page  6                                                          Initials _____

**Item 14.**        Current Lawsuits Filed Against the Corporation.

List all pending lawsuits that have been filed against the corporation in court or before an administrative agency. (List lawsuits that resulted in final judgments, settlements, or orders in Items 26 - 27).

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Initials _____

Item 15.     Bankruptcy Information

List all state insolvency and federal bankruptcy proceedings involving the corporation.

Commencement Date _____ Termination Date _____ Docket No. _____

If State Court: Court & County _____ If Federal Court: District _____

Disposition _____

Item 16.     Safe Deposit Boxes

List all safe deposit boxes, located within the United States or elsewhere, held by the corporation, or held by others for the benefit of the corporation. *On a separate page, describe the contents of each box.*

| Owner's Name | Name & Address of Depository Institution | Box No. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## FINANCIAL INFORMATION

**REMINDER:** When an Item asks for information about assets or liabilities "held by the corporation," include <u>ALL</u> such assets and liabilities, located within the United States or elsewhere, held by the corporation or held by others for the benefit of the corporation.

Item 17.     Tax Returns

List all federal and state corporate tax returns filed for the last three complete fiscal years. *Attach copies of all returns.*

| Federal/ State/Both | Tax Year | Tax Due Federal | Tax Paid Federal | Tax Due State | Tax Paid State | Preparer's Name |
|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | |
| | | $ | $ | $ | $ | |
| | | $ | $ | $ | $ | |

Item 18.     Financial Statements

Page 8

Initials _____

List all financial statements that were prepared for the corporation's last three complete fiscal years and for the current fiscal year-to-date. *Attach copies of all statements, providing audited statements if available.*

| Year | Balance Sheet | Profit & Loss Statement | Cash Flow Statement | Changes in Owner's Equity | Audited? |
|------|---------------|-------------------------|---------------------|---------------------------|----------|
|      |               |                         |                     |                           |          |
|      |               |                         |                     |                           |          |
|      |               |                         |                     |                           |          |
|      |               |                         |                     |                           |          |

## Item 19.    Financial Summary

For each of the last three complete fiscal years and for the current fiscal year-to-date for which the corporation has not provided a profit and loss statement in accordance with Item 17 above, provide the following summary financial information.

|                        | Current Year-to-Date | 1 Year Ago | 2 Years Ago | 3 Years Ago |
|------------------------|----------------------|------------|-------------|-------------|
| Gross Revenue          | $                    | $          | $           | $           |
| Expenses               | $                    | $          | $           | $           |
| Net Profit After Taxes | $                    | $          | $           | $           |
| Payables               | $                    |            |             |             |
| Receivables            | $                    |            |             |             |

## Item 20.    Cash, Bank, and Money Market Accounts

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by the corporation. The term "cash" includes currency and uncashed checks.

Cash on Hand $_____ Cash Held for the Corporation's Benefit $_____

| Name & Address of Financial Institution | Signator(s) on Account | Account No. | Current Balance |
|------------------------------------------|------------------------|-------------|-----------------|
|                                          |                        |             | $               |
|                                          |                        |             | $               |
|                                          |                        |             | $               |
|                                          |                        |             | $               |

## Item 21.    Government Obligations and Publicly Traded Securities

Initials _____

List all U.S. Government obligations, including but not limited to, savings bonds, treasury bills, or treasury notes, held by the corporation.  Also list all publicly traded securities, including but not limited to, stocks, stock options, registered and bearer bonds, state and municipal bonds, and mutual funds, held by the corporation.

Issuer _____ Type of Security/Obligation _____

No. of Units Owned _____ Current Fair Market Value $_____ Maturity Date _____

Issuer _____ Type of Security/Obligation _____

No. of Units Owned _____ Current Fair Market Value $_____ Maturity Date _____

## Item 22.      Real Estate

List all real estate, including leaseholds in excess of five years, held by the corporation.

Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Current Value $_____ Loan or Account No. _____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Current Value $_____ Loan or Account No. _____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

## Item 23.      Other Assets

Initials _____

List all other property, by category, with an estimated value of $2,500 or more, held by the corporation, including but not limited to, inventory, machinery, equipment, furniture, vehicles, customer lists, computer software, patents, and other intellectual property.

| Property Category | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

## Item 24.     Trusts and Escrows

List all persons and other entities holding funds or other assets that are in escrow or in trust for the corporation.

| Trustee or Escrow Agent's Name & Address | Description and Location of Assets | Present Market Value of Assets |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## Item 25.     Monetary Judgments and Settlements Owed To the Corporation

List all monetary judgments and settlements, recorded and unrecorded, owed to the corporation.

Page 11                                                        Initials _____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $ _____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $ _____


<u>Item 26.</u>        **Monetary Judgments and Settlements Owed By the Corporation**

List all monetary judgments and settlements, recorded and unrecorded, owed by the corporation.

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date _____ Amount $ _____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $ _____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $ _____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $ _____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $ _____

<u>Item 27.</u>        **Government Orders and Settlements**

List all existing orders and settlements between the corporation and any federal or state government entities.

Name of Agency _____ Contact Person _____

Initials _____

Address _____ Telephone No. _____

Agreement Date _____ Nature of Agreement _____

## Item 28.    Credit Cards

List all of the corporation's credit cards and store charge accounts and the individuals authorized to use them.

| Name of Credit Card or Store | Names of Authorized Users and Positions Held |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

## Item 29.    Compensation of Employees

List all compensation and other benefits received from the corporation by the five most highly compensated employees, independent contractors, and consultants (other than those individuals listed in Items 5 and 6 above), for the two previous fiscal years and current fiscal year-to-date. "Compensation" includes, but is not limited to, salaries, commissions, consulting fees, bonuses, dividends, distributions, royalties, pensions, and profit sharing plans. "Other benefits" include, but are not limited to, loans, loan payments, rent, car payments, and insurance premiums, whether paid directly to the individuals, or paid to others on their behalf.

| Name/Position | Current Fiscal Year-to-Date | 1 Year Ago | 2 Years Ago | Compensation or Type of Benefits |
|---|---|---|---|---|
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |

## Item 30.    Compensation of Board Members and Officers

List all compensation and other benefits received from the corporation by each person listed in Items 5 and 6, for the current fiscal year-to-date and the two previous fiscal years. "Compensation" includes, but is not limited to, salaries, commissions, consulting fees, dividends, distributions, royalties, pensions, and profit sharing plans. "Other benefits" include, but are not limited to, loans, loan payments, rent, car payments, and insurance premiums, whether paid directly to the individuals, or paid to others on their behalf.

Page 13

Initials _____

| Name/Position | Current Fiscal Year-to-Date | 1 Year Ago | 2 Years Ago | Compensation or Type of Benefits |
|---|---|---|---|---|
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |

__Item 31.__     **Transfers of Assets Including Cash and Property**

List all transfers of assets over $2,500 made by the corporation, other than in the ordinary course of business, during the previous three years, by loan, gift, sale, or other transfer.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value | Transfer Date | Type of Transfer (e.g., Loan, Gift) |
|---|---|---|---|---|
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |

__Item 32.__     **Documents Attached to the Financial Statement**

List all documents that are being submitted with the financial statement.

Item No. Document Relates To     Description of Document

Page 14

Initials _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I am submitting this financial statement with the understanding that it may affect action by the Federal Trade Commission or a federal court. I have used my best efforts to obtain the information requested in this statement. The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge. I have provided all requested documents in my custody, possession, or control. I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines). I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:

_____          _____
(Date)                            Signature

                                  _____
                                  Corporate Position

Page 15

Initials _____

CERTIFICATE OF SERVICE

I, Erika Wodinsky, hereby certify that on this 20th day of July, 2009, true and correct copies of **Stipulated Preliminary Injunction**, including **Attachments 1-2**, have been served on Defendants in this action by causing it to be sent by Federal Express to:

> Keith Rosenbaum
>
> The Spectrum Law Group
>
> 1900 Main St., Ste. 125
>
> Irvine, CA 92614

Mr. Rosenbaum has agreed to accept service of this document on behalf of both Defendants, and has agreed in writing that Federal Express is an acceptable method of service, pursuant to Fed.R.Civ.P. 5.

*Erika Wodinsky*

Erika Wodinsky

[Proposed] Preliminary Injunction